IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3076 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRY K. WATANABE and | ) | |
| ANTHONY INFANTINO, | ) | |
| | ) | |
| Defendants. | ) | ORDER |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by May 9, 2005, file their Report of Parties' Planning Conference.

DATED: April 21, 2005

/s/ *David L. Piester*
United States Magistrate Judge