## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER MURPHY, | ) | 4:05CV3076 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TERRY K. WATANABE and | ) | |
| ANTHONY INFANTINO, | ) | |
| | ) | |
| Defendants. | ) | |

Inasmuch as Plaintiff has filed an amended complaint,

IT IS ORDERED that Defendants' motions to dismiss the original complaint (filings 19, 21)[1] are denied without prejudice, as moot.

DATED: May 31, 2005.          BY THE COURT:

s/ Richard G. Kopf
United States District Judge

---

[1] These filings have been superseded by Defendants' motions to dismiss the amended complaint (filings 27, 29).