IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER MURPHY, | ) | 4:05CV3076 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TERRY K. WATANABE and | ) | |
| ANTHONY INFANTINO, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 37) is granted, as follows: Plaintiff shall have until June 27, 2005, to respond to Defendants' motions to dismiss (filings 27, 29).

DATED this 20th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge