```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| CHRISTOPHER MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3076 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRY K. WATANABE and ANTHONY INFANTINO, | ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

In order to clarify the order of August 2, 2005 and to add a discovery authorization,

IT IS ORDERED, The parties are authorized to commence the full range of discovery in this case, including depositions and requests for production of documents, on or after October 1, 2005, or sooner if they so agree. In light of the pendency of motions to dismiss, counsel may wish to delay some discovery until those motions are decided, so as to save resources. The prior stay of such discovery by the order of May 18, 2005, filing 26, will no longer be in effect as of the close of the business day September 30, 2005.

DATED this 23rd day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge