IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER MURPHY, | ) |
| Plaintiff, | ) 4:05CV3076 |
| v. | ) |
| TERRY K. WATANABE and ANTHONY INFANTINO, | ) ORDER |
| Defendants. | ) |

IT IS ORDERED:

Plaintiff's motion for time, filing 49, is granted and the deadline for plaintiff to respond to defendant Watanabe's interrogatories and requests for admission is extended to September 23, 2005.

DATED this 25th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge